# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: CATENA COMPUTERS, INC. § Case No. 07-13929
§
§
Debtors §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DAVID P. LEIBOWITZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| The Final Report shows receipts of | $ 11,341.71 |
| and approved disbursements of | $ 25.00 |
| leaving a balance of | $ 11,316.71 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | DAVID P. LEIBOWITZ | $ 1,884.13 | $ 98.42 |
| Attorney for trustee | Leibowitz Law Center | $ | $ 19.67 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | POPOWCER KATTEN, LTD | $ | $ 2,326.50 |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |
| Attorney for trustee | Leibowitz Law Center | $ 3,600.00 | $ |

**UST Form 101-7-NFR (4/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 72,812.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | US BANK NA/ RETAIL PAYMENT SOLUTIONS | $ 63,413.07 | $ 2,950.25 |
| 2 | American Express Travel | $ 9,399.13 | $ 437.29 |

**UST Form 101-7-NFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

*Claim Number*    *Claimant*                            *Allowed Amt. of Claim*    *Proposed Payment*

　　　　　　　　　　　　　　　　N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*    *Claimant*                            *Allowed Amt. of Claim*    *Proposed Payment*

　　　　　　　　　　　　　　　　N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 S. Dearborn
Chicago, IL 60604

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 07/23/2009 in Courtroom 619, United States Courthouse,
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL  60604 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  06/16/2009          By:  /s/DAVID P. LEIBOWITZ
                                                              Trustee

DAVID P. LEIBOWITZ
420 W. Clayton Street
Waukegan, IL  60085-4216

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dgomez                Page 1 of 1            Date Rcvd: Jun 19, 2009
Case: 07-13929                Form ID: pdf006             Total Noticed: 20

The following entities were noticed by first class mail on Jun 21, 2009.
db           +Catena Computers, Inc.,    5404 W. Henderson,    Chicago, IL 60641-4133
aty          +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
11522689      AT & T,    P.O. Box 8100,    Aurora, IL 60507-8100
11522690     +AT&T,    Bill Payment Center,    Saginaw, MI 48663-0001
11522687      American Express,    PO Box 297879,    Fort Lauderdale, FL 33329-7879
11522686      American Express Travel,    Related Svcs Co Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
               Malvern, PA 19355-0701
11522691     +Beckett and Lee, LLP,    PO Box 3024,    Malvern, PA 19355-0724
11522694     +Henry Hebler,    6810 W. Gunnison,    Apt. 2,    Harwood Heights, IL 60706-3902
11522696      LFG,    233 N. Michigan Avenue,    Suite 1800,    Chicago, IL 60601-5802
11522695     +Ladco Leasing,    555 St. Charles Place,    Thousand Oaks, CA 91360-3982
11522697      Merchant Services,    Recovery Dept,    PO Box 9599,    Knoxville, TN 37940-0599
11522698      NOVA Settlement,    PO Box 86,    SDS 12-2291,    Minneapolis, MN 55486-0086
11826450     +Richard Korsak Ltd,    478 Chesterfield Lane,    Vernon Hills, IL 60061-2910
11522702    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    P.O. Box 1800,    Saint Paul, MN 55101-0800)
11522701    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    P.O. Box 2188,    Oshkosh, WI 54903-2188)
11522699    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    P.O. Box 790408,    Saint Louis, MO 63179)
11620210     +US BANK NA/ RETAIL PAYMENT SOLUTIONS,    PO BOX 5229,    CINCINNATI, OHIO 45201-5229
11522705      US Bank Loans,    PO Box 64799,    Saint Paul, MN 55164-0799
11522706     +William Prus,    5404 W. Henderson,    Chicago, IL 60641-4133

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
11522688*     American Express,    PO Box 297879,    Fort Lauderdale, FL 33329-7879
11522692*    +Beckett and Lee, LLP,    PO Box 3024,    Malvern, PA 19355-0724
11522693*    +Beckett and Lee, LLP,    PO Box 3024,    Malvern, PA 19355-0724
11522703*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    P.O. Box 2188,    Oshkosh, WI 54903-2188)
11522704*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    P.O. Box 2188,    Oshkosh, WI 54903-2188)
11522700*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    P.O. Box 790408,    Saint Louis, MO 63179)
                                                                                              TOTALS: 0, * 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 21, 2009**            **Signature:** _/s/ Joseph Speetjens_