**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: CATENA COMPUTERS, INC. | § Case No. 07-13929 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   DAVID P. LEIBOWITZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $145,532.00           Assets Exempt:  $0.00

Total Distribution to Claimants: $3,388.88       Claims Discharged
                                                  Without Payment: $73,765.32

Total Expenses of Administration: $7,953.72

---

   3) Total gross receipts of $   11,342.60   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $11,342.60 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,953.72 | 7,953.72 | 7,953.72 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 183,513.00 | 72,812.20 | 72,812.20 | 3,388.88 |
| **TOTAL DISBURSEMENTS** | $183,513.00 | $80,765.92 | $80,765.92 | $11,342.60 |

4) This case was originally filed under Chapter 7 on August 02, 2007.
. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/18/2009           By: /s/DAVID P. LEIBOWITZ
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Acct Receivable from Jason Parke/Art of Modern D | 1221-000 | 125.00 |
| Refund of payment  AR for Beagle Computers- Refu | 1221-000 | -125.00 |
| North Shore Community Bank & Trust Co. | 1129-000 | 9,220.02 |
| Account receivable at book value - all over 90 d | 1129-000 | 173.94 |
| 1999 Ford E350 Extended Diesel Van | 1129-000 | 1,907.00 |
| Interest Income | 1270-000 | 41.64 |
| **TOTAL GROSS RECEIPTS** | | **$11,342.60** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ | 2100-000 | N/A | 1,884.13 | 1,884.13 | 1,884.13 |
| DAVID P. LEIBOWITZ | 2200-000 | N/A | 98.42 | 98.42 | 98.42 |
| Leibowitz Law Center | 3110-000 | N/A | 3,600.00 | 3,600.00 | 3,600.00 |
| Leibowitz Law Center | 3220-000 | N/A | 19.67 | 19.67 | 19.67 |
| POPOWCER KATTEN, LTD | 3320-000 | N/A | 2,326.50 | 2,326.50 | 2,326.50 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 10.69 | 10.69 | 10.69 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 14.31 | 14.31 | 14.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 7,953.72 | 7,953.72 | 7,953.72 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| US BANK NA/ RETAIL PAYMENT SOLUTIONS | 7100-000 | 160,255.00 | 63,413.07 | 63,413.07 | 2,951.42 |
| American Express Travel | 7100-000 | 18,916.00 | 9,399.13 | 9,399.13 | 437.46 |
| Richard Korsak, Ltd. | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOVA Settlement | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| Ladco Leasing | 7100-000 | 247.00 | N/A | N/A | 0.00 |
| AT & T | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 183,513.00 | 72,812.20 | 72,812.20 | 3,388.88 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 07-13929  
Case Name:   CATENA COMPUTERS, INC.  

Trustee:   (330570)   DAVID P. LEIBOWITZ  
Filed (f) or Converted (c):   08/02/07 (f)  
§341(a) Meeting Date:   09/04/07  

Period Ending: 12/18/09  

Claims Bar Date:   12/07/07  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Small Business Checking North Shore Community Ba | 9,220.00 | 9,220.00 | DA | 0.00 | FA |
| 2 | US Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | North Shore Community Bank & Trust Co. | 0.00 | 0.00 | DA | 9,220.02 | FA |
| 4 | Computer books | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Account receivable at book value - all over 90 d | 28,057.00 | 28,057.00 | DA | 173.94 | FA |
| 6 | 1999 Ford E350 Extended Diesel Van | 7,000.00 | 7,000.00 | DA | 1,907.00 | FA |
| 7 | Canon Copier, Brother fax machine | 200.00 | 200.00 | DA | 0.00 | FA |
| 8 | 2 desks, 2 chairs & computer equipment in invent | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2 cordless phones & phone system nortel | 200.00 | 200.00 | DA | 0.00 | FA |
| 10 | At cost | 99,855.00 | 99,855.00 | DA | 0.00 | FA |
| 11 | Power tools Milwaukee Network Tools | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 41.64 | FA |
| 12 | Assets   Totals (Excluding unknown values) | $145,532.00 | $145,532.00 | | $11,342.60 | $0.00 |

**Major Activities Affecting Case Closing:**

TFA to be filed - status hearing 11/4/09  
TFA sent to Tom for review 10/19/09 mig  

Case is fully liquidated  
Needs tax return  
tax return filed.  

**Initial Projected Date Of Final Report (TFR):**   September 4, 2008   **Current Projected Date Of Final Report (TFR):**   June 18, 2009  (Actual)

Printed: 12/18/2009 07:20 AM   V.11.54

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number: 07-13929  
Case Name: CATENA COMPUTERS, INC.

Taxpayer ID #: 36-3946102  
Period Ending: 12/18/09

Trustee: DAVID P. LEIBOWITZ (330570)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: \*\*\*-\*\*\*\*\*69-65 - Money Market Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/04/07 | | From Account #\*\*\*\*\*\*\*\*6966 | to interest bearing accout | 9999-000 | 9,220.02 | | 9,220.02 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.10 | | 9,224.12 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.41 | | 9,229.53 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.80 | | 9,234.33 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.70 | | 9,239.03 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 4.22 | | 9,243.25 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.89 | | 9,245.14 |
| 03/24/08 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2008 FOR CASE #07-13929 | 2300-000 | | 10.69 | 9,234.45 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.71 | | 9,236.16 |
| 04/03/08 | | Albany, Inc. | Liquidation of Ford Van 1999 C08823 | | 1,907.00 | | 11,143.16 |
| | {6} | | 2,600.00 | 1129-000 | | | 11,143.16 |
| | {6} | | Sale Fee    -150.00 | 1129-000 | | | 11,143.16 |
| | {6} | | Towing Fee    -95.00 | 1129-000 | | | 11,143.16 |
| | {6} | | Storage Fees from    -448.00<br>10/18/07-12/20/07 @<br>$7.00/day | 1129-000 | | | 11,143.16 |
| 04/23/08 | | Jason S Parke | Acct Receivable from Jason Parke/Art of Modern Dentistry to Beagle Computers | 1221-000 | 125.00 | | 11,268.16 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.50 | | 11,269.66 |
| 05/13/08 | {5} | Glen Flora Dental Center | Account receivable per demand letter. | 1129-000 | 173.94 | | 11,443.60 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.42 | | 11,445.02 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.45 | | 11,446.47 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.45 | | 11,447.92 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.36 | | 11,449.28 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.50 | | 11,450.78 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.24 | | 11,452.02 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.90 | | 11,452.92 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 11,453.73 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.46 | | 11,454.19 |
| 02/03/09 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #07-13929, 2009 Blanket Bond at .80/$1000 Voided on 02/03/09 | 2300-003 | | ! 0.01 | 11,454.18 |
| 02/03/09 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #07-13929, 2009 Blanket Bond at .80/$1000 Voided: check issued on 02/03/09 | 2300-003 | | ! -0.01 | 11,454.19 |
| 02/03/09 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER | 2300-003 | | 9.91 | 11,444.28 |

Subtotals : $11,464.88   $20.60

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 12/18/2009 07:20 AM    V.11.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-13929 | | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| Case Name: | CATENA COMPUTERS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****69-65 - Money Market Account |
| Taxpayer ID #: | 36-3946102 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/18/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 02/03/2009 FOR CASE #07-13929, 2009 Blanket Bond Premium Voided on 02/27/09 | | | | |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.43 | | 11,444.71 |
| 02/27/09 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #07-13929, 2009 Blanket Bond Premium Voided: check issued on 02/03/09 | 2300-003 | | -9.91 | 11,454.62 |
| 03/09/09 | 1004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #07-13929 | 2300-000 | | 14.31 | 11,440.31 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.49 | | 11,440.80 |
| 04/03/09 | 1005 | Beagle Computers | Deposit made in error/ AR from Jason Parke to Beagle Computers- voided per Tom and per DPL request to debtor to send back funds. Voided on 04/30/09 | 2990-003 | | 125.00 | 11,315.80 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.46 | | 11,316.26 |
| 04/30/09 | 1005 | Beagle Computers | Deposit made in error/ AR from Jason Parke to Beagle Computers- voided per Tom and per DPL request to debtor to send back funds. Voided: check issued on 04/03/09 | 2990-003 | | -125.00 | 11,441.26 |
| 05/14/09 | 1006 | Jason Parke | Refund of payment  AR for Beagle Computers- Refund of Deposit made On 4/23/08 | 1221-000 | -125.00 | | 11,316.26 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.45 | | 11,316.71 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.49 | | 11,317.20 |
| 07/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.40 | | 11,317.60 |
| 07/27/09 | | To Account #********6966 | In preparation of Distribution | 9999-000 | | 11,317.60 | 0.00 |
| | | | ACCOUNT TOTALS | | 11,342.60 | 11,342.60 | $0.00 |
| | | | Less: Bank Transfers | | 9,220.02 | 11,317.60 | |
| | | | Subtotal | | 2,122.58 | 25.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2,122.58 | $25.00 | |

{} Asset reference(s)   Printed: 12/18/2009 07:20 AM    V.11.54

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

Case Number: 07-13929  
Case Name: CATENA COMPUTERS, INC.

Taxpayer ID #: 36-3946102  
Period Ending: 12/18/09

Trustee: DAVID P. LEIBOWITZ (330570)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: \*\*\*-\*\*\*\*\*69-66 - Checking Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/15/07 | {3} | NorthShore Community Bank & Trust Company | Turnover of Bank Account | 1129-000 | 9,220.02 | | 9,220.02 |
| 09/04/07 | | To Account #\*\*\*\*\*\*\*\*6965 | to interest bearing accout | 9999-000 | | 9,220.02 | 0.00 |
| 07/27/09 | | From Account #\*\*\*\*\*\*\*\*6965 | In preparation of Distribution | 9999-000 | 11,317.60 | | 11,317.60 |
| 07/27/09 | 101 | Leibowitz Law Center | Dividend paid 100.00% on $3,600.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,600.00 | 7,717.60 |
| 07/27/09 | 102 | Leibowitz Law Center | Dividend paid 100.00% on $19.67, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 19.67 | 7,697.93 |
| 07/27/09 | 103 | POPOWCER KATTEN, LTD | Dividend paid 100.00% on $2,326.50, Accountant for Trustee Expenses (Trustee Firm); Reference: | 3320-000 | | 2,326.50 | 5,371.43 |
| 07/27/09 | 104 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $98.42, Trustee Expenses; Reference: | 2200-000 | | 98.42 | 5,273.01 |
| 07/27/09 | 105 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $1,884.13, Trustee Compensation; Reference: | 2100-000 | | 1,884.13 | 3,388.88 |
| 07/27/09 | 106 | US BANK NA/ RETAIL PAYMENT SOLUTIONS | Dividend paid 4.65% on $63,413.07; Claim# 1; Filed: $63,413.07; Reference: | 7100-000 | | 2,951.42 | 437.46 |
| 07/27/09 | 107 | American Express Travel | Dividend paid 4.65% on $9,399.13; Claim# 2; Filed: $9,399.13; Reference: | 7100-000 | | 437.46 | 0.00 |
| | | | ACCOUNT TOTALS | | 20,537.62 | 20,537.62 | $0.00 |
| | | | Less: Bank Transfers | | 11,317.60 | 9,220.02 | |
| | | | Subtotal | | 9,220.02 | 11,317.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $9,220.02 | $11,317.60 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*69-65 | 2,122.58 | 25.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*69-66 | 9,220.02 | 11,317.60 | 0.00 |
| | $11,342.60 | $11,342.60 | $0.00 |

{} Asset reference(s)